# IN THE SUPREME COURT OF THE STATE OF NEVADA

CYNTHIA LOPEZ, AN INDIVIDUAL; AND LBB INVESTMENTS, LLC, A WYOMING LIMITED LIABILITY COMPANY,
Petitioners,
vs.
THE THIRD JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF LYON; AND THE HONORABLE LEON ABERASTURI, DISTRICT JUDGE,
Respondents,
and
U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE FOR SPRINGLEAF MORTGAGE LOAN TRUST 2013-1; NATIONSTAR MORTGAGE, LLC, A DELAWARE LIMITED LIABILITY COMPANY; NATIONAL DEFAULT SERVICING CORPORATION, AN ARIZONA CORPORATION; SOLUTIONSTAR HOLDINGS, LLC; AND ASSURANT FIELD ASSET SERVICES, INC., A TEXAS CORPORATION,
Real Parties in Interest.

No. 75656

FILED

JUN 15 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DENYING PETITION FOR WRIT OF MANDAMUS OR PROHIBITION

This original petition for a writ of mandamus or, in the alternative, prohibition challenges a district court order granting partial summary judgment in a contract and tort action. Having considered the petition and supporting documents, we are not persuaded that our extraordinary and discretionary intervention is warranted. *See* NRS 34.160; NRS 34.320; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228,

18-22880

88 P.3d 840, 844 (2004); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991). In particular, petitioners have an adequate remedy in the form of an appeal from the final judgment. *See* NRS 34.170; NRS 34.330; *Pan*, 120 Nev. at 224, 88 P.3d at 841; *Consol. Generator-Nev., Inc. v. Cummins Engine Co., Inc.*, 114 Nev. 1304, 1312, 971 P.2d 1251, 1256 (1998) (explaining that a party may challenge an interlocutory order in the context of an appeal from a final judgment); *see also* NRAP 3A(b)(1); *Lee v. GNLV Corp.*, 116 Nev. 424, 426, 996 P.2d 416, 417 (2000) (defining a final judgment). Accordingly, we

ORDER the petition DENIED.

_____, J.
Pickering

_____, J.
Gibbons

_____, J.
Hardesty

cc:  Hon. Leon Aberasturi, District Judge
     Bradley Paul Elley
     Tiffany & Bosco, P. A.
     Springel & Fink
     Akerman LLP/Las Vegas
     Third District Court Clerk

